UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelissa Ronquillo-Griffin; Khoi Nguyen; and Russell Smith, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TransUnion Rental Screening Solutions, Inc., and Transactel (Barbados), Inc.,<br><br>Defendants. | Case No.: 17cv129-JM (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

On March 26, 2018, the parties filed a Notice of Settlement informing the Court that they "have settled the action in its entirety on a class action basis." ECF No. 60. The parties request "that the Court set a deadline of June 4, 2018 for Plaintiffs to file a motion for preliminary approval of class action settlement." Id. at 2.

Plaintiffs are ordered to file their motion for preliminary approval of the class action settlement on or before **June 4, 2018**. The Court further orders the parties to contact District Judge Miller's chambers to obtain a preliminary approval hearing date prior to filing the document. All other pending dates before this Court and District Judge Miller are hereby **VACATED**.

**IT IS SO ORDERED**.

Dated: 3/27/2018

Hon. Barbara L. Major
United States Magistrate Judge

1