# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelissa Ronquillo-Griffin; Khoi Nguyen; and Russell Smith, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>TransUnion Rental Screening Solutions, Inc., and Transactel (Barbados), Inc.<br><br>    Defendants. | CASE NO. 3:17-CV-00129-JM-BLM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE DEADLINE TO FILE A MOTION FOR PRELIMINARY APPROVAL BY 60 DAYS**<br><br>**[ECF No. 63]** |

The Court having considered the Joint Motion to Continue the Deadline to File a Motion for Preliminary Approval by 60 Days, and good cause appearing therefore, hereby **GRANTS** the parties' Joint Motion and **ORDERS** as follows:

1. The deadline for Plaintiffs to file a Motion for Preliminary Class Certification is continued to **August 6, 2018**.

**IT IS SO ORDERED.**

Dated: 5/30/2018

Hon. Barbara L. Major
United States Magistrate Judge