1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelissa Ronquillo-Griffin; Khoi Nguyen; and Russell Smith, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>TransUnion Rental Screening Solutions, Inc., and Transactel (Barbados), Inc.<br><br>        Defendants. | CASE NO. 3:17-CV-00129-JM-BLM<br><br>**ORDER GRANTING SECOND JOINT MOTION TO CONTINUE THE DEADLINE TO FILE A MOTION FOR PRELIINARY APPROVAL BY 21 DAYS**<br><br>**[ECF No. 65]** |

The Court having considered the Joint Motion to Continue the Deadline to File a Motion for Preliminary Approval by 21 Days, and good cause appearing therefore, hereby **GRANTS** the parties' Joint Motion and ORDERS as follows:

1. The deadline for Plaintiffs to file a Motion for Preliminary Class Certification is continued to August 27, 2018.

**IT IS SO ORDERED.**

Dated: 7/27/2018

*Barbara L. Major*
Hon. Barbara L. Major
United States Magistrate Judge