# EXHIBIT B

1   PERRIE M. WEINER (SBN 134146)
    perrie.weiner@dlapiper.com
2   EDWARD D. TOTINO (SBN 169237)
    edward.totino@dlapiper.com
3   **DLA PIPER LLP (US)**
    2000 Avenue of the Stars, Suite 400 North Tower
4   Los Angeles, California  90067-4704
    Tel:   (310) 595-3000
5   Fax:   (310) 595-3300

6   AMANDA C. FITZSIMMONS (SBN 258888)
    amanda.fitzsimmons@dlapiper.com
7   **DLA PIPER LLP (US)**
    401 B Street, Suite 1700
8   San Diego, California  92101-4297
    Tel:   (619) 699-2700
9   Fax:   (619) 699-2701

10  Attorneys for Defendant
    TRANSACTEL (BARBADOS), INC.
11

12              **UNITED STATES DISTRICT COURT**

13             **SOUTHERN DISTRICT OF CALIFORNIA**

14

15  KELISSA RONQUILLO-GRIFFIN;          CASE NO. 3:17-CV-00129-JM-BLM
    KHOI NGUYEN; and RUSSELL
16  SMITH, individually and on behalf    **DEFENDANT TRANSACTEL**
    of others similarly situated,         **(BARBADOS), INC.'S RESPONSE**
17                                        **TO PLAINTIFF KHOI NGUYEN'S**
                     Plaintiffs,          **INTERROGATORIES (SET ONE)**
18
           v.
19
    TRANSUNION RENTAL
20  SCREENING SOLUTIONS, INC.;
    and TRANSACTEL (BARBADOS),
21  INC.,

22                   Defendants.

23

24

25

26

27

28

1    Discovery is continuing, and Transactel reserves the right to supplement this

2  response.

3  **INTERROGATORY NO. 2:**

4    IDENTIFY each and every telephone call between YOU and Khoi Nguyen,

5  including the date and time of the call/s, who initiated the call, the originating and

6  target telephone number/s, the length of the call/s and the purpose of the call/s.

7  **RESPONSE TO INTERROGATORY NO. 2:**

8    Transactel refers to the Preliminary Statement and General Objections and

9  incorporates them as if fully set forth herein.

10    Subject to and without waiving the foregoing, Transactel responds as

11  follows: On December 15, 2016 at or around 5:14 p.m. MST, Transactel Customer

12  Representative Juan Giamatei placed a call to a telephone number that Transactel

13  was informed belonged to Plaintiff Khoi Nguyen.  Mr. Giammattei and the person

14  who answered the phone spoke for approximately 5 minutes.  Mr. Giammattei

15  placed the call from Transactel's call center in Guatemala to ███████-7513.  The

16  purpose of the call was to follow up on a letter to TransUnion Rental Screening

17  Solutions requesting a copy of Plaintiff's credit report.  Discovery is continuing,

18  and Transactel reserves the right to supplement this response.

19  **INTERROGATORY NO. 3:**

20    IDENTIFY whether YOU recorded any telephone call(s) with the Plaintiff

21  Khoi Nguyen and whether or not these recordings have been preserved, and the

22  current location and/or disposition of any and all these recordings.

23  **RESPONSE TO INTERROGATORY NO. 3:**

24    Transactel refers to the Preliminary Statement and General Objections and

25  incorporates them as if fully set forth herein.  Transactel objects to this request as it

26  seeks disclosure of sensitive, proprietary or confidential business information or

27  trade secrets.

28  /////