# EXHIBIT C

| | |
|---|---|
| 1 | PERRIE M. WEINER (SBN 134146) |
| | perrie.weiner@dlapiper.com |
| 2 | EDWARD D. TOTINO (SBN 169237) |
| | edward.totino@dlapiper.com |
| 3 | **DLA PIPER LLP (US)** |
| | 2000 Avenue of the Stars, Suite 400 North Tower |
| 4 | Los Angeles, California  90067-4704 |
| | Tel:   (310) 595-3000 |
| 5 | Fax:  (310) 595-3300 |
| 6 | AMANDA C. FITZSIMMONS (SBN 258888) |
| | amanda.fitzsimmons@dlapiper.com |
| 7 | **DLA PIPER LLP (US)** |
| | 401 B Street, Suite 1700 |
| 8 | San Diego, California  92101-4297 |
| | Tel:   (619) 699-2700 |
| 9 | Fax:  (619) 699-2701 |
| 10 | Attorneys for Defendant |
| | TRANSACTEL (BARBADOS), INC. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELISSA RONQUILLO-GRIFFIN; KHOI NGUYEN; and RUSSELL SMITH, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSUNION RENTAL SCREENING SOLUTIONS, INC.; and TRANSACTEL (BARBADOS), INC.,<br><br>Defendants. | CASE NO. 3:17-CV-00129-JM-BLM<br><br>**DEFENDANT TRANSACTEL (BARBADOS), INC.'S RESPONSE TO PLAINTIFF KHOI NGUYEN'S REQUESTS FOR ADMISSION, SET ONE** |

1   Subject to and without waiving the foregoing, Transactel responds as
2   follows:  After making a reasonable inquiry concerning the matter in the request,
3   Transactel lacks sufficient knowledge from which to admit or deny the request, and
4   on that basis denies the request.

**REQUEST FOR ADMISSION NO. 8:**

Admit that YOU did not provide any call recording disclosure to Plaintiff Khoi Nguyen at the beginning of YOUR telephone conversation with Plaintiff Khoi Nguyen on or about December 15, 2016.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Transactel refers to the Preliminary Statement and General Objections and incorporates them as if fully set forth herein.

Subject to and without waiving the foregoing, Transactel responds as follows:  Transactel admits that it did not verbally inform the person who answered the call to ███-7513 that the call would be recorded at the beginning of the call.

**REQUEST FOR ADMISSION NO. 9:**

Admit that YOU did not inform Plaintiff Khoi Nguyen at the outset of YOUR telephone conversation with Plaintiff Khoi Nguyen on or about December 14, 2016 that the telephone conversation was audio recorded.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Transactel refers to the Preliminary Statement and General Objections and incorporates them as if fully set forth herein.

Subject to and without waiving the foregoing, Transactel responds as follows:  Transactel admits that it did not verbally inform the person who answered the call to ███-7513 on December 15, 2016 that the call would be recorded at the beginning of the call.

**REQUEST FOR ADMISSION NO. 10:**

Admit that YOU did not inform Plaintiff Khoi Nguyen that the telephone conversation on or about December 15, 2016 was audio recorded until several

1  Transactel further objects that this request is overly broad, unduly burdensome, and
2  oppressive as it is not limited in scope to the calls at issue in this case and would
3  require Transactel to undertake the burdensome task of identifying the appropriate
4  calls and then manually checking one-by-one whether each call was recorded.
5     Subject to and without waiving these objections, Transactel responds as
6  follows:  Transactel admits that it attempted to audio record telephone conversation
7  of at least 40 persons with a California area code for TransUnion Rental Screening
8  Solutions' SmartMove program.

**REQUEST FOR ADMISSION NO. 20:**

   Admit that YOU audio recorded the telephone conversation of at least 40 persons with a California address since one year prior to the filing of the Complaint in this action.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

   Transactel refers to the Preliminary Statement and General Objections and incorporates them as if fully set forth herein.  Transactel objects to this request as it seeks disclosure of sensitive, proprietary or confidential business information or trade secrets.  Transactel objects to this request on the ground that it seeks information that is neither relevant to the subject matter of this action, nor likely to lead to the discovery of admissible evidence in that it asks for all calls, not just phone calls made to wireless phones or cordless phones of California residents.  Transactel further objects that this request is overly broad, unduly burdensome, and oppressive as it is not limited in scope to the calls at issue in this case and would require Transactel to undertake the burdensome task of identifying the appropriate calls and then manually checking one-by-one whether each call was recorded.

   Subject to and without waiving these objections, Transactel responds as follows:  Transactel admits that it attempted to audio record the telephone conversation of at least 40 persons whom Transactel has been informed had a

/////

1  California address for TransUnion Rental Screening Solutions' SmartMove
2  program.

3  **REQUEST FOR ADMISSION NO. 21:**

4  Admit that YOU audio recorded the telephone conversation of at least 40
5  persons without their knowledge or consent since one year prior to the filing of the
6  Complaint in this action.

7  **RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

8  Transactel refers to the Preliminary Statement and General Objections and
9  incorporates them as if fully set forth herein. Transactel objects to this request as it
10 seeks disclosure of sensitive, proprietary or confidential business information or
11 trade secrets. Transactel objects to this request on the ground that it seeks
12 information that is neither relevant to the subject matter of this action, nor likely to
13 lead to the discovery of admissible evidence in that it asks for all calls, not just
14 phone calls made to wireless phones or cordless phones of California residents.
15 Transactel further objects that this request is overly broad, unduly burdensome, and
16 oppressive as it is not limited in scope to the calls at issue in this case and would
17 require Transactel to undertake the burdensome task of identifying the appropriate
18 calls and then manually checking one-by-one whether each call was recorded.
19 Subject to and without waiving these objections, Transactel responds as
20 follows: Deny.

21 **REQUEST FOR ADMISSION NO. 22:**

22 Admit that YOU have a record of telephone calls that YOU audio recorded
23 since one year prior to the filing of the Complaint in this action.

24 **RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

25 Transactel refers to the Preliminary Statement and General Objections and
26 incorporates them as if fully set forth herein. Transactel objects to this request as it
27 seeks disclosure of sensitive, proprietary or confidential business information or
28 trade secrets. Transactel objects to this request on the ground that the request's use