# EXHIBIT D

PERRIE M. WEINER (SBN 134146)
perrie.weiner@dlapiper.com
EDWARD D. TOTINO (SBN 169237)
edward.totino@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California  90067-4704
Tel:   (310) 595-3000
Fax:   (310) 595-3300

AMANDA C. FITZSIMMONS (SBN 258888)
amanda.fitzsimmons@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, California  92101-4297
Tel:   (619) 699-2700
Fax:   (619) 699-2701

Attorneys for Defendant
TRANSACTEL (BARBADOS), INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELISSA RONQUILLO-GRIFFIN; KHOI NGUYEN; and RUSSELL SMITH, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>TRANSUNION RENTAL SCREENING SOLUTIONS, INC.; and TRANSACTEL (BARBADOS), INC.,<br><br>        Defendants. | CASE NO. 3:17-CV-00129-JM-BLM<br><br>**DEFENDANT TRANSACTEL (BARBADOS), INC.'S RESPONSES TO PLAINTIFF RUSSELL SMITH'S REQUESTS FOR ADMISSION (SET TWO)** |

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Transactel refers to the Preliminary Statement and General Objections and incorporates them as if fully set forth herein. Transactel objects to the term "pertinent records" as vague and ambiguous. Transactel further objects to this request as unintelligible as phrased.

**REQUEST FOR ADMISSION NO. 17:**

Admit that Transactel has preserved audio recordings of its cellular telephone calls to persons with a California area code during the period of six months prior to the filing of the Complaint.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Transactel refers to the Preliminary Statement and General Objections and incorporates them as if fully set forth herein. Transactel objects to this request as it seeks disclosure of sensitive, proprietary or confidential business information or trade secrets. Transactel also objects to this Request as it seeks information that is neither relevant to the subject matter of this action, nor likely to lead to the discovery of admissible evidence as it is not limited in scope to outgoing calls to cellular telephones that Transactel placed for or on behalf of TURSS, and Transactel will limit its response to calls placed for or on behalf of TURSS.

Subject to and without waiving the foregoing, Transactel responds as follows: Transactel admits that it has preserved all audio recordings of telephone calls it made for or on behalf of TURSS to telephone numbers with a California area code during the period of six months prior to the filing of the Complaint, to the extent those recordings existed at the time Transactel received notice of the Complaint. Discovery is continuing, and Transactel reserves the right to supplement this response.

**REQUEST FOR ADMISSION NO. 18:**

Admit that Transactel did not have a policy or practice to advise of call recording on outgoing calls made for or on behalf of TransUnion Rental Screening

1  Solutions, Inc. ("TURSS") during the period of one year prior to the filing of the
2  Complaint in this action.
3  **RESPONSE TO REQUEST FOR ADMISSION NO. 18:**
4      Transactel refers to the Preliminary Statement and General Objections and
5  incorporates them as if fully set forth herein.
6      Subject to and without waiving the foregoing, Transactel responds as
7  follows: Admit. Discovery is continuing, and Transactel reserves the right to
8  supplement this response.
9  **REQUEST FOR ADMISSION NO. 19:**
10     Admit that Transactel did not advise of call recording on any outgoing calls
11 made for or on behalf of TransUnion Rental Screening Solutions, Inc. ("TURSS")
12 during the period of one year prior to the filing of the Complaint in this action.
13 **RESPONSE TO REQUEST FOR ADMISSION NO. 19:**
14     Transactel refers to the Preliminary Statement and General Objections and
15 incorporates them as if fully set forth herein. Transactel objects to this request as it
16 seeks disclosure of sensitive, proprietary or confidential business information or
17 trade secrets. Transactel also objects to this Request as it seeks information that is
18 neither relevant to the subject matter of this action, nor likely to lead to the
19 discovery of admissible evidence as it is not limited in scope to outgoing calls to
20 cellular telephones that Transactel placed for or on behalf of TURSS. Transactel
21 further objects that this request is overly broad, unduly burdensome, and
22 oppressive, and imposes a disproportionate burden on Transactel, as it would
23 require Transactel to undertake the burdensome task of identifying the appropriate
24 calls, determining whether the calls were recorded, locating the recordings, and
25 listening to each call in order to determine whether a call recording disclosure was
26 made.
27 /////
28 /////

1    Subject to and without waiving the foregoing, Transactel responds as
2    follows: Deny. Discovery is continuing, and Transactel reserves the right to
3    supplement this response.
4    **REQUEST FOR ADMISSION NO. 20:**
5    Admit that, based on the SOW (TURSS000001-000030), Transactel was not
6    hired as an independent contractor.
7    **RESPONSE TO REQUEST FOR ADMISSION NO. 20:**
8    Transactel refers to the Preliminary Statement and General Objections and
9    incorporates them as if fully set forth herein. Transactel objects to this request as it
10   seeks disclosure of sensitive, proprietary or confidential business information or
11   trade secrets. Transactel objects to this Request to the extent that it seeks to elicit
12   information subject to and protected by the attorney-client privilege and/or the
13   attorney work-product doctrine. Transactel objects to this request to the extent it
14   calls for legal conclusion.
15   Subject to and without waiving the foregoing, Transactel responds as
16   follows: Deny. Discovery is continuing, and Transactel reserves the right to
17   supplement this response.
18   **REQUEST FOR ADMISSION NO. 21:**
19   Admit that Plaintiff Kelissa Ronquillo-Griffin is an adequate class
20   representative under Fed. R. Civ. P. 23(a)(4).
21   **RESPONSE TO REQUEST FOR ADMISSION NO. 21:**
22   Transactel refers to the Preliminary Statement and General Objections and
23   incorporates them as if fully set forth herein. Transactel objects to this Request to
24   the extent that it seeks to elicit information subject to and protected by the attorney-
25   client privilege and/or the attorney work-product doctrine. Transactel objects to
26   this request to the extent it calls for legal conclusion.
27   /////
28   /////

Subject to and without waiving the foregoing, Transactel responds as follows: Deny. Discovery is continuing, and Transactel reserves the right to supplement this response.

**REQUEST FOR ADMISSION NO. 22:**

Admit that Plaintiff Khoi Nguyen is an adequate class representative under Fed. R. Civ. P. 23(a)(4).

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Transactel refers to the Preliminary Statement and General Objections and incorporates them as if fully set forth herein. Transactel objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege and/or the attorney work-product doctrine. Transactel objects to this request to the extent it calls for legal conclusion.

Subject to and without waiving the foregoing, Transactel responds as follows: Deny. Discovery is continuing, and Transactel reserves the right to supplement this response.

**REQUEST FOR ADMISSION NO. 23:**

Admit that Plaintiff Russell Smith is an adequate class representative under Fed. R. Civ. P. 23(a)(4).

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Transactel refers to the Preliminary Statement and General Objections and incorporates them as if fully set forth herein. Transactel objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege and/or the attorney work-product doctrine. Transactel objects to this request to the extent it calls for legal conclusion.

/////
/////
/////
/////

1      Subject to and without waiving the foregoing, Transactel responds as
2 follows:  Deny.  Discovery is continuing, and Transactel reserves the right to
3 supplement this response.

4

5   Dated:  January 19, 2018                       **DLA PIPER LLP (US)**

6
7                                                   By /s/ *signature*
                                                     PERRIE M. WEINER
8                                                      EDWARD D. TOTINO
                                                     AMANDA C. FITZSIMMONS
9                                                      Attorneys for Defendant
                                                     TRANSACTEL (BARBADOS), INC.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28