# EXHIBIT E

1 | PERRIE M. WEINER (SBN 134146)
perrie.weiner@dlapiper.com

2 | EDWARD D. TOTINO (SBN 169237)
edward.totino@dlapiper.com

3 | **DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400 North Tower

4 | Los Angeles, California  90067-4704
Tel:   (310) 595-3000

5 | Fax:   (310) 595-3300

6 | AMANDA C. FITZSIMMONS (SBN 258888)
amanda.fitzsimmons@dlapiper.com

7 | **DLA PIPER LLP (US)**
401 B Street, Suite 1700

8 | San Diego, California  92101-4297
Tel:   (619) 699-2700

9 | Fax:   (619) 699-2701

10 | Attorneys for Defendant
TRANSACTEL (BARBADOS), INC.

11

12 | **UNITED STATES DISTRICT COURT**

13 | **SOUTHERN DISTRICT OF CALIFORNIA**

14

15 | KELISSA RONQUILLO-GRIFFIN;
KHOI NGUYEN; and RUSSELL

16 | SMITH, individually and on behalf
of others similarly situated,

17 |                 Plaintiffs,

18 |    v.

19 | TRANSUNION RENTAL

20 | SCREENING SOLUTIONS, INC.;
and TRANSACTEL (BARBADOS),

21 | INC.,

22 |                 Defendants.

CASE NO. 3:17-CV-00129-JM-BLM

**DEFENDANT TRANSACTEL (BARBADOS), INC.'S AMENDED AND SUPPLEMENTAL RESPONSE TO PLAINTIFF KELISSA RONQUILLO-GRIFFIN'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE, REQUEST NO. 10**

23

24

25

26

27

28

1 calculated to lead to the discovery of admissible evidence in that it asks for all

2 audio recordings, not just recordings of phone calls made to wireless phones or

3 cordless phones in connection with the SmartMove program.  Transactel also

4 objects to this request on the grounds that it is overly broad, unduly burdensome,

5 and intended to vex, annoy and harass Transactel in that it is not limited in scope to

6 the calls at issue in this case and would require Transactel to undertake the

7 burdensome task of identifying the appropriate calls and then manually checking

8 one-by-one whether each call was recorded.  Transactel also objects to this request

9 on the ground that it seeks to invade the privacy rights of those with whom

10 Transactel communicated.

11 **AMENDED AND SUPPLEMENTAL RESPONSE TO REQUEST FOR**

12 **PRODUCTION NO. 10:**

13 Transactel refers to the Preliminary Statement and General Objections and

14 incorporates them as if fully set forth herein.  Transactel incorporates its prior

15 response to this Request as if fully set forth herein.  Pursuant to the Order,

16 Transactel further responds that during the period from January 24, 2016 through

17 February 8, 2017, 906 calls were made on behalf of TransUnion Rental Screening

18 Solutions, Inc. to cell phone telephone numbers with California area codes.  818 of

19 these 906 calls have a record in the Verint telephone recording system that indicates

20 that the Verint system attempted to record the call.  In order to determine whether

21 these 818 calls were actually recorded, and whether the recording consists of a

22 recorded conversation, as opposed to such things as a telephone ringing, a

23 voicemail greeting, a message left in voicemail, a failed connection, or static or

24 other unintelligible sounds, Transactel would have to locate, restore and listen to

25 each recording which, as was recognized in the Order, would impose an undue and

26 disproportionate burden on Transactel.

27

28