# EXHIBIT F

| | |
|---|---|
| 1 | PERRIE M. WEINER (SBN 134146) |
| | perrie.weiner@dlapiper.com |
| 2 | EDWARD D. TOTINO (SBN 169237) |
| | edward.totino@dlapiper.com |
| 3 | **DLA PIPER LLP (US)** |
| | 2000 Avenue of the Stars, Suite 400 North Tower |
| 4 | Los Angeles, California 90067-4704 |
| | Tel:   (310) 595-3000 |
| 5 | Fax:   (310) 595-3300 |
| 6 | AMANDA C. FITZSIMMONS (SBN 258888) |
| | amanda.fitzsimmons@dlapiper.com |
| 7 | **DLA PIPER LLP (US)** |
| | 401 B Street, Suite 1700 |
| 8 | San Diego, California 92101-4297 |
| | Tel:   (619) 699-2700 |
| 9 | Fax:   (619) 699-2701 |
| 10 | Attorneys for Defendant |
| | TRANSACTEL (BARBADOS), INC. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELISSA RONQUILLO-GRIFFIN; KHOI NGUYEN; and RUSSELL SMITH, individually and on behalf of others similarly situated, | CASE NO. 3:17-CV-00129-JM-BLM |
| Plaintiffs, | **DEFENDANT TRANSACTEL (BARBADOS), INC.'S RESPONSES TO PLAINTIFF KHOI NGUYEN'S REQUESTS FOR ADMISSION (SET TWO)** |
| v. | |
| TRANSUNION RENTAL SCREENING SOLUTIONS, INC.; and TRANSACTEL (BARBADOS), INC., | |
| Defendants. | |

1   6.   Transactel objects to these requests to the extent that they call for
2   information not within the possession, custody, or control of Transactel.  The
3   responses given herein are based upon information reasonably available to
4   Transactel and documents within Transactel's possession, custody, and control.

5   7.   Transactel objects to the requests to the extent that they seek
6   confidential or proprietary information of either itself, a party, or third parties.

7   8.   Because information and documents that might be viewed as
8   responsive to the Requests have not yet been identified, Transactel reserves the
9   right to assert additional objections to the production of documents and information
10  and to supplement these objections.

11  9.   Any request or any portion of any request that is not expressly
12  admitted is denied.

13  10.  Transactel expressly incorporates the above General Objections as
14  though set forth fully in response to each of the following individual requests for
15  admission, and, to the extent that they are not raised in any particular response,
16  Transactel does not waive those objections.

17      Subject to the foregoing General Statement and Objections and without
18  waiving any of them, Transactel responds as follows:

19          **RESPONSES TO REQUESTS FOR ADMISSION**
20  **REQUEST FOR ADMISSION NO. 23:**
21      Admit that Transactel (Barbados), Inc. was authorized by TransUnion Rental
22  Screening Solutions, Inc. to place calls to customers of TURSS during January 24,
23  2016 to January 24, 2017.
24  **RESPONSE TO REQUEST FOR ADMISSION NO. 23:**
25      Transactel refers to the Preliminary Statement and General Objections and
26  incorporates them as if fully set forth herein.
27  /////
28  /////

1       Subject to and without waiving the foregoing, Transactel responds as
2 follows: Admit. Discovery is continuing, and Transactel reserves the right to
3 supplement this response.

4
5 Dated: January 19, 2018                           **DLA PIPER LLP (US)**

6
7                                       By _____
                                          PERRIE M. WEINER
8                                           EDWARD D. TOTINO
                                          AMANDA C. FITZSIMMONS
9                                           Attorneys for Defendant
                                          TRANSACTEL (BARBADOS), INC.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28