**LAW OFFICE OF DANIEL G. SHAY**
Daniel G. Shay, Esq. (SBN: 250548)
danielshay@tcpafdcpa.com
409 Camino Del Rio S, Ste 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile: (866) 431-3292

*Attorney for Plaintiffs and*
*The Proposed Settlement Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelissa Ronquillo-Griffin; Khoi Nguyen; and Russell Smith, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>TransUnion Rental Screening Solutions, Inc., and Transactel (Barbados), Inc.,<br><br>        Defendants. | CASE NO. 3:17-CV-00129-JM-BLM<br><br>**DECLARATION OF DANIEL G. SHAY IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Jeffrey T. Miller |

# DECLARATION OF DANIEL G. SHAY

**I, DANIEL G. SHAY, declare:**

1. I am one of the attorneys for plaintiffs Kelissa Ronquillo-Griffin, Khoi Nguyen and Russell Smith ("Plaintiffs") in this class action against defendants TransUnion Rental Screening Solutions, Inc. and Transactel (Barbados), Inc. ("Defendants").

2. I am over the age of eighteen and am fully competent to make this declaration.

3. I was admitted to the State Bar of California in 2007 and have been a member in good standing ever since that time. I have litigated cases in federal and/or state courts in California, Illinois, Nevada and New Jersey. I am admitted in every federal district in California and the Ninth Circuit Court of Appeals.

4. If called as a witness, I would competently testify to the matters herein from personal knowledge. This declaration is based upon personal knowledge.

5. I submit this declaration in support of the Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class.

6. I have been, and remain, the primary point of contact for all three named Plaintiffs in this case. The Plaintiffs originally informed me of their claims and I performed the investigation. I researched the numbers that were calling Plaintiffs and made the connection between the Defendants. I answered any question the Plaintiffs had etc. I went over all the Discovery requests posed to Plaintiffs with them and obtained all the documents produced by Plaintiffs from them. I co-defended the Plaintiffs' depositions for three days and attended the all-day mediation.

7. Plaintiff's counsel has concluded that with the benefits of the $425,000.00 Settlement Fund and likely deterrent effects of this class action settlement providing for monetary damages, the terms and conditions of the settlement

agreement are fair, reasonable and adequate to the proposed class, and that it is in the best interests of the proposed class to settle the action, in light of the risks, expense and likely delay that would be caused by further litigation.

8. I believe the proposed settlement is fair, adequate and reasonable, and should be given preliminary approval.

9. I request to be preliminarily approved as Class Counsel for the proposed settlement class.

10. I am unaware of any conflict of interest between Plaintiffs and any settlement class member or between Plaintiffs and their attorneys.

### CLASS COUNSEL EXPERIENCE

11. Since 2012, I have been engaged in the area of consumer rights litigation on both a class and individual basis under statues such as the Telephone Consumer Protection Act, Fair Debt Collection Practices Act, Rosenthal Fair Debt Collection Practices Act, Fair Debt Buying Practices Act, California Invasion of Privacy Act, California Consumer Credit Reporting Agencies Act, Fair Credit Reporting Act, Electronic Funds Transfer Act, California Auto Sales Finance Act, etc.

12. I have ligated over two-hundred consumer cases in the past six years and have significant experience in consumer class actions. I have a history of aggressive, successful prosecution of class actions. Approximately 90% percent of my practice concerns consumer litigation in general.

13. I have filed, litigated or otherwise been a part of numerous consumer class actions over the last six years, including but not limited to the following more notable cases, which I am or have been personally involved in:

    a. *Rose v. Bank of America Corporation et al.*, 12-cv-04009-EJD (N.D. Cal.) (Finally approved for $32,000,000 in 2014);

    b. *Reyes v. Educational Credit Management Corporation,* 15-cv-00628-BAS-AGS (S.D. Cal.) (Class certification granted September 20, 2017);


    c. *Shuckett v. DIALAMERICA Marketing Inc.,* 17-cv-02073-LAB-KSC (S.D. Cal.) (Filed October 9, 2017 to stop harassing calls from one of the largest tele-marketing companies in the world to millions of consumer cell phones in the United States).

14. The cases I have been involved in, including those above, have resulted in millions of dollars for consumers as well as having a chilling effect on unlawful activities.

15. In addition to the mediation in this case, I have participated in at least two other mediations involving putative class action cases.

### OTHER QUALIFICATIONS

16. I am a member in good standing of the following;
    a. The California State Bar;
    b. The San Diego County Bar;
    c. Consumer Attorneys of San Diego;
    d. The National Association of Consumer Advocates

17. In 2017, I attended a three-day intensive consumer rights conference hosted by The National Association of Consumer Advocates in New Orleans.

18. I have completed much MCLE training in the area of consumer rights laws.

                                               Respectfully submitted,

DATED: August 24, 2018                s/ Daniel G, Shay
                                            DANIEL G. SHAY, ESQ.
                                            danielshay@tcpafdcpa.com
                                            *Attorney for Plaintiffs*