# EXHIBIT 1

1  PERRIE M. WEINER (SBN 134146)
   perrie.weiner@dlapiper.com
2  EDWARD D. TOTINO (SBN 169237)
   edward.totino@dlapiper.com
3  **DLA PIPER LLP (US)**
   2000 Avenue of the Stars, Suite 400 North Tower
4  Los Angeles, California 90067-4704
   Tel: (310) 595-3000
5  Fax: (310) 595-3300

6  AMANDA C. FITZSIMMONS (SBN 258888)
   amanda.fitzsimmons@dlapiper.com
7  **DLA PIPER LLP (US)**
   401 B Street, Suite 1700
8  San Diego, California 92101-4297
   Tel: (619) 699-2700
9  Fax: (619) 699-2701

10 Attorneys for Defendant
   TRANSACTEL (BARBADOS), INC.
11

12               UNITED STATES DISTRICT COURT
13              SOUTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  Kelissa Ronquillo-Griffin; Khoi Nguyen; and Russell Smith, individually and on behalf of others similarly situated, | CASE NO. 3:17-CV-00129-JM-BLM |
| | **DECLARATION OF ESTUARDO LIGORRIA** |
| 17  Plaintiffs, | |
| 19  v. | Complaint filed: January 24, 2017 |
| 20  TransUnion Rental Screening Solutions, Inc., and Transactel (Barbados), Inc., | FAC filed: March 16, 2017 |
| 21  Defendants. | |

28  WEST\282692377.1                                          CASE NO. 3:17-cv-00129-JM-BLM

DLA PIPER LLP (US)
LOS ANGELES

DECLARATION OF ESTUARDO LIGORRIA

I, Estuardo Ligorria, declare and state as follows:

1. I am the Vice President, Operations of Defendant Transactel (Barbados), Inc. ("Transactel"). I have personal knowledge of the facts stated herein, and if called upon to testify, I could and would competently testify thereto.

2. As a result of my position with Transactel, I am knowledgeable about the work that Transactel does for TransUnion Rental Screening Solutions, Inc. ("TURSS").

3. When Transactel makes calls for TURSS, I estimate approximately 55% of the calls are answered by the called party.

4. Transactel compiled a list of all calls made on behalf of TURSS to telephone numbers with California area codes during the period from January 24, 2016 through February 8, 2017. This list was send to Compliance Point to determine which of the phone numbers were cellular phone numbers. Compliance Point identified the cellular phone numbers in the list. The results provided to Transactel by Compliance Point are true and accurate to the best of my knowledge.

5. Of the phone calls to the approximately 665 unique cell phone numbers with California area codes called by Transactel on behalf of TURSS during the period from January 24, 2016 through February 8, 2017, approximately 454 have a record in the call recording system referencing an audio file which indicates that the call may have been recorded. In order to try to determine whether a call was actually recorded, and who was on the call, my understanding is that each audio file would have to be located, exported from the server to a file, and then listened to.



1                                       CASE NO. 3:17-cv-00129-JM-BLM
**DECLARATION OF ESTUARDO LIGORRIA**

WEST\282692377.1

1 | I declare under penalty of perjury under the laws of the United States of
2 | America that the foregoing is true and correct, and that this Declaration was
3 | executed on this 22nd day of August, 2018.

_____
ESTUARDO LIGORRIA

DLA Piper LLP (US)
Los Angeles

WEST\282692377.1