**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for the Plaintiffs
and the Proposed Settlement Class

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELISSA RONQUILLO-GRIFFIN, KHOI NGUYEN, and RUSSELL SMITH**, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**TRANSUNION RENTAL SCREENING SOLUTIONS, INC. and TRANSACTEL (BARBADOS), INC.**,<br><br>Defendants. | Case No.: 3:17-cv-00129-JM-BLM<br><br>**DECLARATION OF KELISSA RONQUILLO-GRIFFIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**JUDGE**:   Hon. Jeffrey T. Miller |

# DECLARATION OF KELLISA RONQUILLO-GRIFFIN

**I, KELISSA RONQUILLO-GRIFFIN, declare:**

1. I am one of the named plaintiffs in this above-captioned action against both defendants Transunion Rental Screening Solutions Inc. ("TURSS") and Transactel (Barbados), Inc. ("Transactel," jointly the "Defendants"). If called as a witness, I would competently testify to the matters herein from personal knowledge.

2. I am filing this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class.

3. I, through my counsel, commenced this lawsuit on January 24, 2017 by filing a putative class action complaint asserting causes of action for violations: (1) California Penal Code § 632.7; and (2) common law invasion of privacy.

4. I, along with my co-plaintiffs (Khoi Nguyen and Russell Smith), have agreed to a class settlement with Defendants with the assistance of my attorneys and after a mediation.

5. I have reviewed the settlement agreement and I have discussed it with my counsel.

6. I understand that as part of the settlement, Defendants will set up a fund of $425,000 to provide payment to the approximately 665 settlement class members who submit a timely and valid claim form. I believe the settlement is fair and reasonable, taking into account the highly contested issues, as well as the risks, uncertainty, and costs of further litigation of this action which has not yet been certified as a class action.

7. I am willing to serve as a class representative and desire to be appointed as such for purposes of the settlement. I understand the obligations of serving as class representative, have, and will adequately, represent the interests of the settlement class members, and I have retained experienced counsel.

8. I have participated throughout this litigation in the belief I was helping all other persons similarly situated.  I met with my attorneys for the initial consultation, participated in calls regarding fact-finding efforts with my attorneys, opposed a motion to dismiss, assisted with serving discovery requests on Defendants, responded to written discovery requests, appeared for my deposition, and submit this declaration in support of preliminary approval.

9. I understand that my attorneys have requested that each Class Representative be awarded an incentive payment of up to a total of $3,000 to be paid from the settlement fund.  I understand that any such award has to be approved by the Court.

10. I support my attorneys Kazerouni Law Group, APC, Hyde & Swigart and Law Office of Daniel G. Shay's request to be confirmed as Class Counsel for purposes of this lawsuit and proceeding with the settlement.

11. It is my understanding that my attorneys have a great amount of experience with consumer class actions, including those that involve claims similar to the ones in this action, and that they have been appointed Class Counsel in this certified class action.

12. To my knowledge, I have no conflict with the other settlement class members, my co-plaintiffs or with my attorneys in this case.

13. The claims that I have asserted in the Second Amended Complaint seem to me to be very similar to the claims of my co-plaintiffs and of the other settlement class members.

//
//
//
//
//

14. I believe that the proposed settlement satisfies all criteria for preliminary approval.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August  14 , 2018, pursuant to the laws of California and the United States of America.

                                  Kelissa Ronquillo-Griffin

Kazerouni Law Group, APC
Costa Mesa, California

Ronquillo Decl. In Supp. of Mtn. For Preliminary Approval of Settlement     3     Case No.: 3:17-cv-00129-JM-BLM