**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian. Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELISSA RONQUILLO-GRIFFIN, KHOI NGUYEN, and RUSSELL SMITH, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TRANSUNION RENTAL SCREENING SOLUTIONS, INC.; and TRANSACTEL (BARBADOS), INC.,**<br><br>**Defendants.** | **Case No.:** 3:17-cv-00129-JM-BLM<br><br>**DECLARATION OF CARLA PEAK** |

DECLARATION OF CARLA PEAK
CASE NO.: 3:17-cv-0029-JM-BLM

I, Carla Peak, declare as follows:

1. I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

### INTRODUCTION

2. I am the Vice President of Legal Notification Services at KCC, LLC ("KCC"). KCC is a leading class action administration firm that provides comprehensive class action services, including legal notification, email and postal mailing, campaign implementation, website design, call center support, class member data management, claims processing, check and voucher disbursements, tax reporting, settlement fund escrow and reporting, and other related services critical to the effective administration of class action settlements.

3. With more than thirty years of industry experience,[1] KCC has developed efficient, secure and cost-effective methods to properly handle the voluminous data and mailings associated with the noticing, claims processing and disbursement requirements of these matters to ensure the orderly and fair treatment of class members and all parties in interest. Since 1984, KCC has been retained to administer more than 6,000 class actions and distributed settlement payments totaling well over $20 billion in assets.

4. KCC has administered class action administrations for such defendants as HP-Compaq, LensCrafters, United Parcel Service, Ford, Mitsubishi, Nissan, Whirlpool, ATI Video Cards, and Twentieth Century Fox. Further, KCC has been retained as the administrator in a variety of consumer product and data matters. Some consumer case examples which KCC has been involved with include: *In Re: Rust-Oleum Restore Marketing, Sales Practices and Products Liability Litigation*, No. 1:15-cv-01364 (N.D. Ill.); *In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, No. 8:10-ml-02151 (C.D. Cal.); *In re Sears, Roebuck and Co. Front-Loading Washer Products Liability Litigation*, No. 1:06-cv-07023 (N.D. Ill.); *Edwards v. National Milk Producers Federation*, No. 11-cv-04766 (N.D. Cal.); *Lerma v. Schiff Nutrition International, Inc.*, No. 1:13-CV-07747 (N.D. Ill.); *Cobb v.*

---

[1] KCC acquired Gilardi & Co. LLC in 2015. This declaration combines the class action notice and administration experience of both firms.

DECLARATION OF CARLA PEAK
CASE NO.: 3:17-cv-0029-JM-BLM         1 OF 3

*BSH Home Appliances Corp.*, No. 8:10-CV-00711 (C.D. Cal.); *Roberts v. Electrolux Home Products, Inc.*, No. 8:12-CV-01644 (C.D. Cal.); *Cappalli v. BJ's Wholesale Club, Inc.*, No. 1:10-CV-00407 (D. R.I.); *Stroud v. eMachines, Inc.*, No. CJ-2003-968 L (D. Ct. Cleveland Cnty, Okla.); and *Shames v. The Hertz Corporation*, No. 07cv2174-MMA (S.D. Cal.).

5. The proposed notice program ("Notice Plan") relies upon individual notice to reach the Class.

## CLASS TARGET

6. The Class is defined as all persons in California who, during the period from January 24, 2016 through February 8, 2017, were called by Transactel on behalf of TURSS on their cellular telephone and did not consent to the call being recorded.

7. Excluded from the Settlement Class are the Judges to whom the Action is assigned and any members of the Judges' staff or immediate family.

## NOTICE PLAN ELEMENTS

8. Defendants will compile a list of cellular telephone numbers with California area codes that Transactel called on behalf of TURSS during the Class Period (the "Cell Phone Number List"). Defendants will take the telephone numbers on the Cell Phone Number List and search TURSS's Salesforce records to attempt to match those numbers to a name and mailing address. The name and mailing address of each matched person will be used to create the "Class List".

9. Defendants will provide KCC with both the Cell Phone Number List and the Class List. KCC will take the telephone numbers on the Cell Phone Number List that were not matched with a name and mailing address by Transactel and perform a reverse look-up search and/or skip tracing as necessary to match those telephone numbers with a name and mailing address. Any name and mailing address located by KCC will be added to the Class List.

10. KCC will mail a Class Notice and Claim Form to all Settlement Class Members for whom a mailing address is located via the mailing list preparation methods described above and added to the Class List.

11. Prior to mailing to the resulting mailing addresses, the names and addresses will be checked against the United States Postal Service (USPS) National Change of Address (NCOA) database, certified via the Coding Accuracy Support System (CASS), and verified through Delivery Point Validation (DPV) .

12. Notices returned as undeliverable will be re-mailed to any address available through postal service information. For example, to the address provided by the USPS on returned pieces for which the automatic forwarding order has expired, but is still within the period that the USPS returns the piece with the new address indicated. Any returned mailing that does not contain an expired forwarding order with a new address indicated will be promptly researched through a third-party look-up service and mailed to any new address obtained.

13. KCC will create and maintain an informational settlement website that will allow Settlement Class Members to obtain additional information and documents about the litigation. The settlement website will allow Settlement Class Members to file a claim online, as well check to see if their cell phone number is included on the Cell Phone Number List.

14. The proposed Notice Plan is estimated to reach approximately 80% of likely Settlement Class Members. The proposed Notice Plan, including administration, is estimated to cost approximately $22,384.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of August, 2018.

_____
Carla Peak