KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Jason A. Ibey, Esq. (284607)
jason@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel on Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELISSA RONQUILLO-GRIFFIN, KHOI NGUYEN, and RUSSELL SMITH, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TELUS COMMUNICATIONS, INC., TRANSUNION RENTAL SCREENING SOLUTIONS, INC., AND TRANSACTEL (BARBADOS), INC.,**<br><br>**Defendants.** | Case No.: 3:17-cv-00129-JM-BLM<br><br>**SUPPLEMENTAL EXHIBIT TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date: October 22, 2018<br>Time: 10:00 a.m.<br>Ctrm.: 5D<br><br>Judge: Hon. Jeffrey T. Miller<br><br>Complaint filed: January 24, 2017<br>SAC filed: November 28, 2017<br><br>[Filed currently with Declaration of Kelissa Ronquillo-Griffin, Declaration of Khoi Nguyen, Declaration of Russell Smith, Declaration of Abbas Kazerounian, Declaration of Jason A. Ibey, Declaration of Joshua B. Swigart, Declaration of Daniel G. Shay, Declaration of Carla Peak] |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Kelissa Ronquillo-Griffin Ronquillo-Griffin, Khoi Nguyen and Russell Smith submit this supplemental exhibit (**Exhibit A-1** attached hereto) in connection with the motion for preliminary approval of a proposed class action settlement and certification of settlement class (Dkt. No. 67), for the purpose of submitting the *fully executed* Settlement Agreement. The prior document filed at Dkt. No. 67-3 did not contain the signature page for defendant Transactel (Barbados), Inc. ("Transactel") and counsel for Transactel to the Settlement Agreement. The attached Exhibit A-1, however, contains the fully executed Settlement Agreement and the exhibits thereto.

Dated: August 30, 2018    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**
By: /s Abbas Kazerounian
ABBAS KAZEROUNIAN, ESQ.
*Attorney for Plaintiffs*

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq.
yana@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Counsel for Plaintiffs*

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**LAW OFFICE OF DANIEL G. SHAY**
Daniel G. Shay, Esq. (250548)
danielshay@tcpafdcpa.com
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108
Telephone: (619) 222-7429
Facsimile: (866) 431-3292
*Counsel for Plaintiffs*