**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Jason A. Ibey, Esq. (284607)
jason@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel on Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELISSA RONQUILLO-GRIFFIN, KHOI NGUYEN, and RUSSELL SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**TRANSUNION RENTAL SCREENING SOLUTIONS, INC., and TRANSACTEL (BARBADOS), INC.,**<br><br>**Defendants.** | Case No.: 3:17-cv-00129-JM-BLM<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND SERVICE AWARDS**<br><br>Date: May 6, 2019<br>Time: 10:00 a.m.<br>Ctrm.: 5D<br><br>Judge: Hon. Jeffrey T. Miller<br><br>Complaint filed: January 24, 2017<br>SAC filed: November 28, 2017 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the Plaintiffs Kelissa Ronquillo-Griffin, Khoi Nguyen, and Russell Smith (collectively the "Plaintiffs") will and hereby do move for approval of their motion for attorneys' fees, costs and services awards pursuant to Fed. R. Civ. P. 23 and the Settlement Agreement (Dkt. No. 68-1), on May 6, 2019, at 10:00 a.m., at the U.S. District Court, 221 West Broadway, San Diego, CA 92101 before the Hon. Jeffrey T. Miller, Courtroom 5D.

This motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations and Exhibits thereto, the Second Amended Complaint, the complete files and records in this action, and any evidence that may be presented at the hearing.

Dated: February 8, 2019              Respectfully submitted,

                                  **KAZEROUNI LAW GROUP, APC**
                                  By: /s Abbas Kazerounian
                                       ABBAS KAZEROUNIAN, ESQ.
                                       *Attorney for Plaintiffs*

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq.
yana@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Counsel for Plaintiffs*

---

**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND SERVICE AWARDS**
**CASE NO.: 3:17-CV-00129-JM-BLM**     1 OF 2

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**LAW OFFICE OF DANIEL G. SHAY**
Daniel G. Shay, Esq. (250548)
danielshay@tcpafdcpa.com
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108
Telephone: (619) 222-7429
Facsimile: (866) 431-3292
*Counsel for Plaintiffs*