**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Jason A. Ibey, Esq. (284607)
jason@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel on Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELISSA RONQUILLO-GRIFFIN, KHOI NGUYEN, and RUSSELL SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**TRANSUNION RENTAL SCREENING SOLUTIONS, INC., and TRANSACTEL (BARBADOS), INC.,**<br><br>**Defendants.** | Case No.: 3:17-cv-00129-JM-BLM<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: May 6, 2019<br>Time: 10:00 a.m.<br>Ctrm.: 5D<br><br>Judge: Hon. Jeffrey T. Miller<br><br>Complaint filed: January 24, 2017<br>SAC filed: November 28, 2017 |

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

## TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Plaintiffs Kelissa Ronquillo-Griffin ("Ms. Ronquillo-Griffin"), Khoi Nguyen ("Mr. Nguyen"), and Russell Smith ("Mr. Smith" or collectively "Plaintiffs") will and hereby do move for final approval of a proposed class action settlement and certification of settlement class, pursuant to Fed. R. Civ. P. 23(b)(3) and 23(e), as well as Section 11 of the Settlement Agreement (Dkt. No. 68-1), on May 6, 2019, at 10:00 a.m., at the U.S. District Court, 221 West Broadway, San Diego, CA 92101 before the Hon. Jeffrey T. Miller, Courtroom 5D.

This motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations and Exhibits thereto, the Second Amended Complaint, the complete files and records in this action, and any evidence that may be presented at the hearing.

Dated: March 28, 2019                              Respectfully submitted,

                                                   **KAZEROUNI LAW GROUP, APC**
                                                   By:  /s Abbas Kazerounian
                                                        ABBAS KAZEROUNIAN, ESQ.
                                                        *Attorney for Plaintiffs*

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq.
yana@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Counsel for Plaintiffs*

| | |
|---|---|
| 1 | **LAW OFFICE OF DANIEL G. SHAY** |
| 2 | Daniel G. Shay, Esq. (250548) |
| 3 | danielshay@tcpafdcpa.com |
|   | 409 Camino Del Rio South, Suite 101B |
| 4 | San Diego, CA 92108 |
| 5 | Telephone: (619) 222-7429 |
|   | Facsimile: (866) 431-3292 |
| 6 | *Counsel for Plaintiffs* |

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626